[Nos. 39886-5-I; 40294-3-I.   Division One.   June 8, 1998.]

THE ESTATE OF ESTHER M. MCCORKLE, ET AL.,
*Respondents*, v. NED C. ENGLAND, ET AL., *Appellants*.

NED C. ENGLAND, ET AL., *Appellants*, v. U.S. BANK OF
WASHINGTON, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for What-
com County, No. 96-2-00632-3, David A. Nichols, J., entered
October 11, 1996. *Affirmed in part* and *reversed in part* by
unpublished opinion per Ellington, J., concurred in by Agid,
A.C.J., and Baker, J.

[No. 40042-8-I.   Division One.   June 8, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL D.
KNOWLES, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-1-00823-5, Paul D. Hansen, J.,
entered January 8, 1997. *Affirmed* by unpublished per
curiam opinion.

[No. 16072-6-III.   Division Three.   June 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL LEE
SHAFER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 95-1-01068-2, Stephen M. Brown, J., entered
August 6, 1996. *Affirmed* by unpublished opinion per Schul-
theis, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 16114-5-III.   Division Three.   June 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY S.
BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 96-1-00043-5, Carol A. Wardell, J., entered
August 28, 1996. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Brown and Kato, JJ.